# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Lee Donaldson,

        Plaintiff,        **JUDGMENT IN A CIVIL CASE**

vs.

                      C.A. # 2:06cv2492-PMD

City of Walterboro Police Department
and City of Ridgeland Police Department,

        Defendants.

**Decision on the Record.** This action came before the Court on the record, the Honorable Patrick Michael Duffy, District Judge, presiding and the issues having been reviewed and the Court having adopted the report and recommendation of United States Magistrate Judge Bristow Marchant.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing on his filing pursuant to 42 USC 1983, that the Defendants' Motion for Summary Judgment is **GRANTED** and this case is dismissed.

                                      LARRY W. PROPES, Clerk

                                      s/Melissa Newman

February 11, 2009                       Deputy Clerk